UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ANGELA MARTIN-OLINGER, )<br>)<br>   *Plaintiff,* )<br>)<br>)<br>v. )<br>)<br>)<br>HOUSE OF HOPE, INC., )<br>a Not for Profit Missouri Corporation and )<br>JASON RAUCH, an individual )<br>)<br>   *Defendants.* ) | Case No: 07-0526-CV-W-GAF |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Angela Martin-Olinger, by and through her attorney of record, and, hereby, gives Notice of Dismissal With Prejudice of all claims and actions in this case against all Defendants. Each party shall bear its own cost.

      Respectfully submitted,

      WYRSCH HOBBS & MIRAKIAN, P.C.


  By: /s/
     STEPHEN G. MIRAKIAN  MO #29998
     1000 Walnut, Suite 1600
     Kansas City, Missouri 64106
     816-221-0080 Telephone
     816-221-3280 Facsimile
     **ATTORNEY FOR PLAINTIFF**

## Certificate of Service

I, hereby, certify that a copy of the above and foregoing was sent by U.S. Mail, first class, postage prepaid on or before this _____ day of December, 2007, to:

Michael F. Delaney, Esq.
Jane Bruer, Esq.
Spencer Fane, et al.
9401 Indian Creek Parkway
Suite 700, Bldg. 40
Overland Park, KS  66210
**ATTORNEY FOR DEFENDANT HOUSE OF HOPE, INC.**

Aaron C. Johnson, Esq.
Summers & Johnson, PC
717 Thomas Street
Weston, MO 64098
**ATTORNEY FOR JASON RAUCH**


  /s/
STEPHEN G. MIRAKIAN